UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHARAN STANWOOD, | No. CV 03-1273-JE |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

MOSMAN, J.,

On October 5, 2005, Magistrate Judge Jelderks issued a Findings and Recommendation in this case recommending the Commissioner's decision denying Ms. Stanwood's application for disability benefits be REVERSED and that the case be REMANDED for the award of benefits. No objections were filed. This court has conducted a *de novo* review, 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b), and ADOPTS the Findings and Recommendation as its own opinion.

IT IS SO ORDERED.

DATED: Portland, Oregon, November 9, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge