WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHARAN STANWOOD**,

   Plaintiff,

vs.

**COMMISSIONER of Social Security**,

   Defendant.

CV # 03-1273-JE

ORDER

Attorney fees in the amount of $6,800.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 7th day of March, 2006.

/s/ John Jelderks
United States District / Magistrate Judge

Submitted on February 13, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1